UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CANADA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendant. | Case No.: 3:16-CV-00280-RCJ-VPC<br><br>**ORDER** |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on November 1, 2016, in which the Magistrate Judge recommends the Court dismiss the complaint without prejudice.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

　　　ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6).

　　　IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

　　　IT IS FURTHER ORDERED that Plaintiff's Application for Leave to Proceed *In Forma* Pauperis (ECF No. 1) is DENIED as MOOT.

IT IS FURTHER ORDERED that The Clerk of the Court shall close this case.

IT IS SO ORDERED this 4th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE